JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:19-cv-06788 WDK (MAAx) |
| Plaintiff, | ) |
| | ) **JUDGMENT** |
| vs. | ) |
| BARBARA E. MCMAHON AKA BARBARA MCMAHON, | ) |
| Defendant. | ) |

On February 3, 2021, the Court granted the motion of Plaintiff made under Civil Procedure Section 437C on the grounds that there is no defense to the action. The Court further ordered the Judgment be entered for Plaintiff and against the Defendant. In accordance with that Order,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Judgment is entered in favor of Plaintiff, UNITED STATES OF AMERICA and against BARBARA E. MCMAHON AKA BARBARA MCMAHON. Judgment is entered for the following amount:

1

| | | |
|---|---|---:|
| PRINCIPAL | $ | 61,472.55 |
| INTEREST TO March 13, 2020 | $ | 73,800.12 |
| ATTORNEYS FEES PER LOCAL RULE | $ | 4,058.90 |
| COSTS | $ | 75.00 |
| **TOTAL** | **$** | **139,406.57** |

DATE: __April 1, 2021__        _____
                                Honorable William D. Keller
                                United States District Judge